AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| DOMINICAN SISTERS OF HAWTHORNE, and SERVANTS OF RELIEF FOR INCURABLE CANCER dba ROSARY HILL HOME <br><br> *Plaintiff(s)* <br><br> v. <br><br> KATHY HOCHUL; JAMES V. McDONALD; KRISTEN M. PERGOLINO; KELLY ANN ANDERSON; and STEPHANIE E. PATON <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  7:26-cv-02809-NSR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Andrew Nussbaum*; L. Martin Nussbaum*; Erin Gust*; Lincoln Davis Wilson
First & Fourteenth PLLC 2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903; (719) 428-4937
Andrew@first-fourteenth.com
Martin@first-fourteenth.com
Erin@first-fourteenth.com
Lincoln@first-fourteenth.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/9/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:26-cv-02809-NSR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                  *Server's signature*

                                                                  _____
                                                                  *Printed name and title*


                                                                  _____
                                                                  *Server's address*

Additional information regarding attempted service, etc:

Attachment to SUMMONS IN A CIVIL ACTION

1. KATHY HOCHUL, in her official capacity as Governor of the State of New York
   NYS State Capitol Building
   Albany, NY 12224

2. JAMES V. McDONALD, in his official capacity as Commissioner New York State Department of Health
   Empire State Plaza, Corning Tower
   Albany, NY 12237

3. KRISTEN M. PERGOLINO, in her official capacity as the Director of the Division of Residential Support; Center for Residential Surveillance; and Office of Aging and Long-Term Case of the New York State Department of Health
   Empire State Plaza, Corning Tower
   Albany, NY 12237

4. KELLY ANN ANDERSON, in her official capacity as Director of the Division of Adult Care Facility and Assisted Living Surveillance of the New York State Department of Health
   875 Central Avenue
   Albany, NY 12206

5. STEPHANIE E. PATON, in her official capacity as Director of the Division of Nursing home and ICF/IID Surveillance of the New York State Department of Health
   Empire State Plaza, Corning Tower
   Albany, NY 12237