UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINICAN SISTERS OF HAWTHORNE, CONGREGATION OF ST. ROSE OF LIMA, and SERVANTS OF RELIEF FOR INCURA-BLE CANCER dba ROSARY HILL HOME | Case No. 7:26-cv-02809-NSR-VR |
| *Plaintiffs,* | **MOTION FOR ADMISSION PRO HAC VICE ANDREW M. NUSSBAUM** |
| v. | |
| KATHY HOCHUL, in her official capacity as Governor of the State of New York; | |
| JAMES V. McDONALD, in his official capacity as Commissioner of the New York State Department of Health; | |
| KRISTEN M. PERGOLINO, in her official capacity as Director of the Division of Residential Support Center for Residential Surveillance Office of Aging and Long-Term Care of the New York State Department of Health; | |
| KELLY ANN ANDERSON, in her official capacity as Director of the Division of Adult Care Facility and Assisted Living Surveillance of the New York State Department of Health; and | |
| STEPHANIE E. PATON, in her official capacity as Director of the Division of Nursing home and ICF/IID Surveillance of the New York State Department of Health, | |
| *Defendants.* | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern

and Eastern  Districts of New York, Andrew M. Nussbaum  hereby moves this Court  for an

Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Dominican

Sisters of Hawthrone, Congregation of St. Rose of Lima, and Servants of Relief for Incurable

Cancer doing business as Rosary Hill Home in the above-captioned action.  I am in good

1

standing of the bar of the state of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuit to Local Rule 1.3.

DATED: April 29, 2026

Respectfully submitted,

*/s/ Andrew Nussbaum*
Andrew Nussbaum*
L. Martin Nussbaum*
Erin Gust*
First & Fourteenth PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
(719) 428-2386
andrew@first-fourteenth.com
martin@first-fourteenth.com
erin@first-fourteenth.com

Lincoln Davis Wilson
First & Fourteenth PLLC
784 S. Clearwater Loop # 8011
Post Falls, ID 83854
(719) 234-0938
lincoln@first-fourteenth.com

*Attorneys for Plaintiff*
*\*Applications for pro hac vice admission forth-coming*