USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/30/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINICAN SISTERS OF HAWTHORNE, CONGREGATION OF ST. ROSE OF LIMA, and SERVANTS OF RELIEF FOR INCURABLE CANCER dba ROSARY HILL HOME | Case No. 7:26-cv-02809-NSR-VR |

*Plaintiffs,*

v.

KATHY HOCHUL, in her official capacity as Governor of the State of New York;

JAMES V. McDONALD, in his official capacity as Commissioner of the New York State Department of Health;

KRISTEN M. PERGOLINO, in her official capacity as Director of the
Division of Residential Support
Center for Residential Surveillance
Office of Aging and Long-Term Care of the New York State Department of Health;

KELLY ANN ANDERSON, in her official capacity as Director of the Division of Adult Care Facility and Assisted Living Surveillance of the New York State Department of Health; and

STEPHANIE E. PATON, in her official capacity as Director of the Division of Nursing home and ICF/IID Surveillance of the New York State Department of Health,

*Defendants.*

**ORDER FOR ADMISSION
PRO HAC VICE
ERIN GUST**

     The motion of Erin Gust, for admission to practice Pro Hac Vice in the above captioned action is granted.

     Applicant has declared that she is a member of good standing of the bar of the state of Colorado and that her contact information is as follows:

1

Erin Gust
First & Fourteenth PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
erin@first-fourteenth.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for

Plaintiffs Dominican Sisters of Hawthrone, Congregation of St. Rose of Lime, and Servants

of Relief for Incurable Cancer d.b.a. Rosary Hill Home in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at ECF No. 13.

_____

Dated: April 30, 2026                                       Nelson S. Roman
White Plains, New York                            United States District Judge

2