

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 6, 2026

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *Dominican Sisters of Hawthorne et al. v. Hochul et al.*, 26-cv-02809 (NSR)

Dear Judge Román:

This Office represents Defendants in the above-noted action. I write, pursuant to Rule 1.E of Your Honor's Individual Rules, to respectfully request that the deadline for Defendants to answer, move, or otherwise respond to the Complaint be extended from May 12, 2026,[1] to June 11, 2026.

This request is made to give my Office sufficient time to review and analyze the allegations in the Complaint and Defendants' potential defenses to the same, and to prepare an appropriate response, taking into account intervening holidays and pre-scheduled work and personal travel that I have planned in the month of May. This is Defendants' first request for an extension of time. Plaintiffs have consented to this request. The request does not affect any other scheduled dates.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Julia Busetti
Julia Busetti
Assistant Attorney General
212-416-8559
Julia.Busetti@ag.ny.gov

cc:    All Counsel of Record (via ECF)

---

[1] My Office's understanding is that service on the Defendants was effected on varying dates, but no earlier than April 21, 2026.