

First and
Fourteenth

June 12, 2026

Via PACER ECF

The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:**   Dominican Sisters of Hawthorne et al. v. Hochul et al., No. 7:26-cv-02809-NSR-VR
Court's June 10 Order

Dear Judge Román:

Pursuant of the Court's June 10 endorsement of Defendant's June 8 letter request for an extension of its time to respond, I write to confirm that Plaintiffs are in agreement with the terms as delineated in that letter.

Respectfully,

Andrew Nussbaum
First & Fourteenth PLLC

Cc:   All counsel of record