## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DOMINICAN SISTERS OF HAWTHORNE, and
SERVANTS OF RELIEF FOR INCURABLE
CANCER d/b/a ROSARY HILL HOME,

*Plaintiffs*,

v.

KATHY HOCHUL, in her official capacity as
Governor of the State of New York;

JAMES V. McDONALD, in his official capacity
as Commissioner of the New York State
Department of Health;

KRISTEN M. PERGOLINO, in her official
capacity as Director of the Division of Residential
Support Center for Residential Surveillance Office
of Aging and Long-Term Care of the New York
State Department of Health;

KELLY ANN ANDERSON, in her official
capacity as Director of the Division of Adult Care
Facility and Assisted Living Surveillance of the
New York State Department of Health; and

STEPHANIE E. PATON, in her official capacity
as Director of the Division of Nursing home and
ICF/IID Surveillance of the New York State
Department of Health,

*Defendants*.

Case No.:
26-cv-02809-NSR-VR

**CERTIFICATE OF THE ATTORNEY
GENERAL**

I, Todd Blanche, Acting Attorney General of the United States, hereby certify, in accordance with 42 U.S.C. § 2000h-2 that the above-captioned case is of general public importance.

Signed this _8th_ day of June 2026, in Washington, D.C.

_Todd Blanche_
Todd Blanche
Acting Attorney General of the United States

2