**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DOMINICAN SISTERS OF HAWTHORNE, and SERVANTS OF RELIEF FOR INCURABLE CANCER d/b/a ROSARY HILL HOME,<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York;<br><br>JAMES V. McDONALD, in his official capacity as Commissioner of the New York State Department of Health;<br><br>KRISTEN M. PERGOLINO, in her official capacity as Director of the Division of Residential Support Center for Residential Surveillance Office of Aging and Long-Term Care of the New York State Department of Health;<br><br>KELLY ANN ANDERSON, in her official capacity as Director of the Division of Adult Care Facility and Assisted Living Surveillance of the New York State Department of Health; and<br><br>STEPHANIE E. PATON, in her official capacity as Director of the Division of Nursing home and ICF/IID Surveillance of the New York State Department of Health,<br><br>*Defendants*. | Case No.:<br>26-cv-02809-NSR-VR<br><br><br>**MOTION TO INTERVENE AS PLAINTIFF AND TO FILE A COMPLAINT IN INTERVENTION** |

For the reasons stated in the attached memorandum of points and authorities, the United States of America respectfully moves that the Court permit its intervention as a matter of right in this action under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, permit it to intervene under Rule 24(b). If granted permission to intervene under either provision, the United States has attached a proposed complaint for filing. Counsel for the United States has conferred

with counsel for Plaintiffs who consent to intervention.  Counsel for the United States has also conferred with counsel for Defendants, who, after reviewing the proposed Motion, Memorandum in support of same, the proposed Complaint-in-Intervention, and the Certificate of the Attorney General, have stated that they "will not oppose the proposed motion to intervene as it has been presented," but "reserve all rights to object to any additional causes of action raised in this or any future filing."

Wherefore, the United States respectfully requests that the Court grant this motion to intervene.

DATED: June 22, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*s/ Gregory Dolin*
GREGORY DOLIN (NYRN 4326294)
Senior Counsel
KELSEY E. MCGEE (MO No. 74929)
JANE E. ANDERSEN (NYRN 4651519)
DAVID K. GARDNER (MN No. 0402104)
Trial Attorney

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-9251
Email: gregory.dolin@usdoj.gov

ATTORNEYS FOR PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA