UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINICAN SISTERS OF HAWTHORNE, and
SERVANTS OF RELIEF FOR INCURABLE CANCER
dba ROSARY HILL HOME,

                Plaintiffs,

           v.

KATHY HOCHUL, in her official capacity as Governor of
the State of New York; JAMES V. McDONALD, in his
official capacity as Commissioner of the New York State
Department of Health; KRISTEN M. PERGOLINO, in her
official capacity as Director of the Division of Residential
Support Center for Residential Surveillance Office of
Aging and Long-Term Care of the New York State
Department of Health; KELLY ANN ANDERSON, in her
official capacity as Director of the Division of Adult Care
Facility and Assisted Living Surveillance of the New York
State Department of Health; and STEPHANIE E. PATON,
in her official capacity as Director of the Division of
Nursing home and ICF/IID Surveillance of the New York
State Department of Health,

                Defendants.

No. 26-cv-02809 (NSR)

**DEFENDANTS' RESPONSE
TO UNITED STATES OF
AMERICA'S MOTION TO
INTERVENE AS
PLAINTIFF AND TO FILE
A COMPLAINT IN
INTERVENTION**

---

On June 22, 2026, the United States of America ("USA") served upon Defendants Governor Kathy Hochul, New York State Health Commissioner James V. McDonald, and New York State Department of Health ("DOH") employees Kristen M. Pergolino, Kelly Ann Anderson, and Stephanie E. Paton (collectively, "Defendants") a Motion to Intervene as Plaintiff and to File a Complaint in Intervention, along with a supporting Memorandum of Law, proposed Complaint in Intervention, and Attorney General's Certification under 42 U.S.C. § 2000h-2. Upon these papers, Defendants do not oppose the USA's intervention and filing of the proposed Complaint in Intervention. Defendants do not waive any defenses they may have to the Complaint in Intervention, and they reserve all rights to object to any additional causes of action raised in any future filing.

Dated: New York, New York
      July 2, 2026

                                Respectfully submitted,

                                LETITIA JAMES
                                New York State Attorney General
                                *Attorney for Defendants*

                                By: /s/Julia Busetti
                                Julia Busetti
                                Assistant Attorney General
                                28 Liberty Street
                                New York, New York 10005
                                (212) 416-8559
                                Julia.Busetti@ag.ny.gov

To:    All Counsel of Record (by email)

2