USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICAN SISTERS OF HAWTHORNE ET AL.,

Plaintiff,

-against-

KATHY HOCHUL, *in her official capacity as Governor of NY State*, ET AL.

Defendants.

26 Civ. 2809 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The United States of America's motion to intervene is GRANTED with no opposition from Defendants.

Intervenor Plaintiff United States of America is directed to file the proposed complaint accompanying its motion to intervene as an exhibit at ECF No. 33, Ex. 1.

The Clerk of Court is directed to terminate the motion at ECF NO. 33.

SO ORDERED.

Dated: July 13, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge