I&XIV First and Fourteenth

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

719.428.2386
*andrew@first-fourteenth.com*

MEMO ENDORSED

**Plaintiffs request for their opposition to not exceed 45 pages is granted.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 61.**

**Dated: October 29, 2026**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

October 28, 2026

**VIA ECF**

Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601

**Re: *Dominican Sisters of Hawthorne et al. v. Hochul et al.*, No. 26-cv-02809 (NSR)**

Dear Judge Román:

This firm represents Plaintiffs in the above-captioned action. Plaintiffs write, with the consent of all parties, to respectfully request that the Court grant Plaintiffs an enlargement of the page limit for their memorandum of law in opposition to Defendants' consolidated motion to dismiss the Amended Complaint and the USA's Intervenor Complaint, so that Plaintiffs' opposition may not exceed 45 pages, the same limit the Court granted Defendants for their moving brief.

The Court previously granted Defendants' request to file a consolidated motion to dismiss the Complaint and the Intervenor Complaint, and to file an oversized brief not to exceed 40 pages. ECF Nos. 42 and 44. After Plaintiffs filed the Amended Complaint, ECF No. 45, Defendants requested leave to increase the maximum length of their memorandum of law from 40 pages to 45 pages. ECF No. 50. On September 21, 2026, the Court granted that request and so-ordered the parties' proposed briefing schedule, under which Plaintiffs' opposition papers are to be served (not filed) on or before November 18, 2026. ECF No. 52.

Plaintiffs therefore request permission to file a response in opposition to the consolidated motion to dismiss not to exceed 45 pages. Because Defendants' single consolidated brief addresses both the Amended Complaint and the Intervenor Complaint, and Defendants sought additional pages to respond to the parties and arguments added in the Amended Complaint, Plaintiffs need a commensurate number of pages to respond fully to the arguments Defendants raise. Allowing Plaintiffs the same page limit as Defendants will promote fair and complete briefing and will not affect the so-ordered briefing schedule.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Andrew Nussbaum
First & Fourteenth PLLC
Attorney for Plaintiffs

Cc: All Counsel of Record (via ECF)